**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BROCK SKOV, et al.,

      Plaintiffs,

v.                                          Case No. 3:24-cv-732-MMH-LLL

LAKEVIEW HEALTH SYSTEMS, LLC,

      Defendant.

## O R D E R

**THIS CAUSE** is before the Court on Defendant Lakeview Health Systems' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docs. 47, 47-1, 47-2; Motion), filed on December 5, 2024. Upon review of the Motion, it appears that Lakeview Health Systems failed to provide certification under Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), confirming that it has conferred with Plaintiffs in a good-faith effort to resolve the issues raised by the Motion and advising the Court whether Plaintiffs agree to the relief requested. Additionally, the Motion, which is filed as three separate documents, violates Local Rule 3.01(a), which requires

motions and legal memoranda to be filed as a single document.[1] Therefore, as Lakeview Health Systems failed to comply with the Local Rules of this Court, the Motion will be stricken.

In light of the foregoing, it is

**ORDERED:**

1. Lakeview Health Systems' Motion to Dismiss (Docs. 47, 47-1, 47-2) is **STRICKEN**.

2. Lakeview Health Systems has up to and including December 20, 2024, to file a proper motion and supporting memorandum of law that complies with the Court's Local Rules.

**DONE AND ORDERED** in Jacksonville, Florida, this 13th day of December, 2024.

MARCIA MORALES HOWARD
United States District Judge

lc33

Copies to:
Counsel of Record

---

[1] The Court also notes that the third document, a Certificate of Service (Doc. 47-2), is simply unnecessary. Rule 5(d)(1)(B), Federal Rules of Civil Procedure, provides, "[n]o certificate of service is required when a paper is served by filing it with the court's electronic-filing system."